# United States District Court
# For The Western District of North Carolina
# Statesville Division

RANDY BRYANT,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                         CASE NO. 5:07CV126-1-MU

DR. McCLUER, ET AL.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 4, 2007, Order.

                                              Signed: December 5, 2007

                                              Frank G. Johns, Clerk
                                              United States District Court